# United States District Court
# Eastern District of California

Stormi Rae Herwat

Plaintiff(s)

V.

Equifax Information Services, LLC et al.

Defendant(s)

Case Number: 2:26-cv-02911-DJC-CSK

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Adrian Jose Santiago Ortiz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Experian Information Solutions, Inc.

On 11/17/2023 (date), I was admitted to practice and presently in good standing in the Massachusetts State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/21/2026

Signature of Applicant: /s/ Adrian Jose Santiago Ortiz

**Pro Hac Vice Attorney**

Applicant's Name: Adrian Jose Santiago Ortiz

Law Firm Name: Goodwin Procter LLP

Address: 100 Northern Avenue

City: Boston State: MA Zip: 02210

Phone Number w/Area Code: (617) 570-1000

City and State of Residence: Boston, MA

Primary E-mail Address: ASantiagoOrtiz@goodwinlaw.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cheryl L. O'Connor

Law Firm Name: Goodwin Procter LLP

Address: 660 Newport Center, Suite 500

City: Newport Beach State: CA Zip: 92260

Phone Number w/Area Code: (949) 743-3400 Bar # 173897

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE