MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino (SBN 222032)
brian.frontino@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: +310.907.1000
Fax: +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Christina Chen (SBN 294921)
christina.chen@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STORMI RAE HERWAT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | Case No. 2:26-cv-02911-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION PENDING ARBITRATION OF PLAINTIFF'S CLAIMS AGAINST AMERICAN EXPRESS NATIONAL BANK ONLY** |

# ORDER

The Court, having reviewed the Stipulation to Arbitrate and Stay Action filed by plaintiff Stormi Rae Herwat ("Plaintiff") and defendant American Express National Bank ("American Express," erroneously sued as "American Express Company") (and collectively the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1. The court **GRANTS** the Stipulation;

2. Plaintiff shall submit all claims asserted in this action against American Express to binding arbitration pursuant to the terms of the arbitration provision contained in the Cardmember Agreement governing Plaintiff's American Express Card account; and

3. The proceedings in this action shall be stayed as to American Express only, pending completion of the arbitration.

Dated: November 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE